# Court of Appeals
# of the State of Georgia

ATLANTA,__October 30, 2015_____

*The Court of Appeals hereby passes the following order:*

## A16A0202. WILLIAMS v. THE STATE.

Appellant Montrez Williams has filed a motion to remand this case to the trial court so that a complete copy of the transcript of the April 16, 2014 hearing on his motion to withdraw his plea can be prepared and transmitted to this Court. Having considered the motion, it is hereby GRANTED. This case is remanded to the trial court for preparation of the transcript, and, upon the filing of the transcript, the Clerk of the DeKalb County Superior Court shall transmit the balance of the record and the transcript to this Court for re-docketing.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____10/30/2015_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*